In the Matter of Edwin A. PARKFORD, Bankrupt.

In re Petition of Mildred RESTORICK et al. for allowance of appeal.
No. 8491.

Circuit Court of Appeals, Ninth Circuit.
March 18, 1937.

David R. Faries and Clyde Thomas, both of Los Angeles, Cal., for petitioners.

Rupert B. Turnbull, of Los Angeles, Cal., for respondent.

Before WILBUR, GARRECHT, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon consideration of petition for appeal under section 24b of the Bankruptcy Act, as amended, 11 U.S.C.A. § 47 (b), and by direction of the court, it is ordered that said petition be, and hereby is, denied.

Marie A. PROCTOR, Commissioner of Immigration, at Seattle, Wash., Appellant, v. WONG KIM YUEN, Appellee.
No. 8440.

Circuit Court of Appeals, Ninth Circuit.
Feb. 23, 1937.

J. Charles Dennis, U. S. Atty., and F. A. Pellegrini, Asst. U. S. Atty., both of Seattle, Wash., for appellant.

Adam Beeler and Edwards E. Merges, both of Seattle, Wash., for appellee.

Before WILBUR and GARRECHT, Circuit Judges, and NETERER, District Judge.

PER CURIAM.

Upon motion of counsel for appellant, and good cause therefor appearing, ordered appeal in above cause dismissed, that a

decree of dismissal be filed and entered accordingly, and the mandate of this court issue forthwith.

A. J. SCHANFARBER v. WEBSTER HALL CORPORATION OF AMERICA.

A. J. SCHANFARBER v. Jas. P. DONOVAN.
No. 7657.

Circuit Court of Appeals, Sixth Circuit.
March 4, 1937.

A. J. Schanfarber, of Chicago, Ill., for appellant.

Before MOORMAN, HICKS, and SIMONS, Circuit Judges.

PER CURIAM.

On petition of A. J. Schanfarber, appellant, and upon stipulation of counsel, it is ordered that the appeal of A. J. Schanfarber be, and the same is hereby, docketed and dismissed.

Julius SCHULTZ, Appellant, v. UNITED STATES of America, Appellee.
No. 7652.

Circuit Court of Appeals, Sixth Circuit.
March 4, 1937.

Harry S. Bennett, of Detroit, Mich., for appellant.

John C. Lehr, U. S. Atty., of Detroit, Mich., for the United States.

Before MOORMAN, HICKS, and SIMONS, Circuit Judges.

PER CURIAM.

It appearing to the court that the appeal in this cause has been abandoned, it is ordered that the appeal be, and the same is hereby, docketed and dismissed, the costs to be charged against the government as constructive earnings.